SAMUEL J. BUZZELL, Respondent, v. IRVING MILLS, Appellant, et al., Defendant.

Concur — Botein, P. J., Stevens, Tilzer, McNally and McGivern, JJ.